Bond No. CMS0382309

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:20-cv-80663-CANNON/REINHART

JUST PLAY, LLC,

       Plaintiff,

vs.

FITZMARK, INC.,

       Defendant.

_____ /

FILED BY ᏕᎽᏕ D.C.

DEC 10 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**SUPERSEDEAS BOND (SURETY)**

1.     On September 23, 2021, after a jury verdict, the Court entered judgment in favor of Just Play and against FitzMark for $3,959,134.00 on Just Play's promissory estoppel claim [ECF No. 210].

2.     To stay enforcement of the judgment through appeal, a bond issued by RLI Insurance Company for the total sum of $4,669,737.33 (referred to below as the "Amount") is being filed in accordance with the requirements of the United States District Court for the Southern District of Florida. The Amount is the total monetary judgment awarded to Just Play, plus 10 percent. S.D. Fla. L.R. 62.1 ("A supersedeas bond or other security staying execution of a money judgment shall be in the amount of 110% of the judgment, to provide security for interest, costs, and any award of damaged for delay. . . .").

3.     Pursuant to S.D. Fla. L.R. 62.1 and Fed. R. Civ. P. 62(b), this bond is security for a stay of execution of judgment pending resolution of FitzMark's October 18, 2021 *Renewed Motion for Judgment as a Matter of Law* [ECF No. 226], and, if necessary should the Court deny

FitzMark's *Renewed Motion*, FitzMark's appeal of the judgment to the Eleventh Circuit Court of Appeals.

4.       Both FitzMark, Inc. and RLI Insurance Company acknowledge they are jointly and severally bound to satisfy in full the Amount if the judgment is affirmed or the appeal from FitzMark, Inc. is dismissed. In the event that the judgment is reduced, both RLI Insurance Company remain bound to satisfy the reduced judgment. In the event the judgment is reversed on appeal, this obligation shall be void.

Date: December 3, 2021

For FitzMark, Inc.:

By:_____
FITZMARK, INC.

For the SURETY- RLI INSURANCE COMPANY

By:_____
RLI INSURANCE COMPANY
Derek J. Elston, Attorney-In-Fact

4885-4095-0786, v. 3

2

# POWER OF ATTORNEY

## RLI Insurance Company
## Contractors Bonding and Insurance Company

9025 N. Lindbergh Dr.  Peoria, IL 61615
Phone:  800-645-2402

***Know All Men by These Presents:***

That this Power of Attorney is not valid or in effect unless attached to the bond which it authorizes executed, but may be detached by the approving officer if desired.

That **RLI Insurance Company** and/or **Contractors Bonding and Insurance Company**, each an Illinois corporation, (separately and together, the "Company") do hereby make, constitute and appoint:

Sandra M. Winsted, Judith A. Lucky-Eftimov, Susan A. Welsh, Sandra M. Nowak, Christopher P. Troha, Michelle D. Krebs, Salena Wood, Derek J. Elston, Eric D. Sauer, Christina L. Sandoval, Jennifer Williams, Aerie Walton, Jennifer L. Jakaitis, Bartlomiej Siepierski, Barbara Pannier, Samantha Chierici, Kristin L. Hannigan, Nicholas Pantazis, Rachel Fore, Roger Paraison, Nicholas Kertesz, jointly or severally

in the City of _____ Chicago _____, State of _____ Illinois _____ its true and lawful Agent(s) and Attorney(s) in Fact, with full power and authority hereby conferred, to sign, execute, acknowledge and deliver for and on its behalf as Surety, in general, any and all bonds and undertakings in an amount not to exceed _____ **Twenty Five Million** _____ Dollars ( __ **$25,000,000.00** __ ) for any single obligation.

The acknowledgment and execution of such bond by the said Attorney in Fact shall be as binding upon the Company as if such bond had been executed and acknowledged by the regularly elected officers of the Company.

**RLI Insurance Company** and/or **Contractors Bonding and Insurance Company**, as applicable, have each further certified that the following is a true and exact copy of a Resolution adopted by the Board of Directors of each such corporation, and is now in force, to-wit:

> "All bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile."

IN WITNESS WHEREOF, the **RLI Insurance Company** and/or **Contractors Bonding and Insurance Company**, as applicable, have caused these presents to be executed by its respective _____ Vice President _____ with its corporate seal affixed this __ 3rd __ day of __ September __, __ 2021 __.

**RLI Insurance Company**
**Contractors Bonding and Insurance Company**

By: _____
Barton W. Davis                    Vice President

State of Illinois
County of Peoria  } SS

On this __ 3rd __ day of __ September __, __ 2021 __, before me, a Notary Public, personally appeared __ Barton W. Davis __, who being by me duly sworn, acknowledged that he signed the above Power of Attorney as the aforesaid officer of the **RLI Insurance Company** and/or **Contractors Bonding and Insurance Company** and acknowledged said instrument to be the voluntary act and deed of said corporation.

By: _____
Catherine D. Glover                Notary Public

CATHERINE D. GLOVER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
March 24, 2024

### CERTIFICATE

I, the undersigned officer of **RLI Insurance Company** and/or **Contractors Bonding and Insurance Company**, do hereby certify that the attached Power of Attorney is in full force and effect and is irrevocable; and furthermore, that the Resolution of the Company as set forth in the Power of Attorney, is now in force. In testimony whereof, I have hereunto set my hand and the seal of the **RLI Insurance Company** and/or **Contractors Bonding and Insurance Company** this 3rd day of __ December __, 2021 .

**RLI Insurance Company**
**Contractors Bonding and Insurance Company**

By: _____
Jeffrey D. Fick                    Corporate Secretary

1220371020212

A0058D19

## ACKNOWLEDGEMENT BY SURETY

STATE OF ILLINOIS
COUNTY OF MCHENRY

On this 3rd day of December, 2021, before me, Bartlomiej Siepierski, a
Notary Public, within and for said County and State, personally appeared
Derek J. Elston to me personally known to be the Attorney-in-Fact of and
for RLI Insurance Company and acknowledged that s/he executed the said
instrument as the free act and deed of said Company.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my
official seal, at my office in the aforesaid County, the day and year in this
certificate first above written.

Notary Public in the State of Illinois
County of MCHENRY

OFFICIAL SEAL
BARTLOMIEJ SIEPIERSKI
NOTARY PUBLIC, STATE OF ILLINOIS
MCHENRY COUNTY
MY COMMISSION EXPIRES 03/10/2025

# ▦ SCOPELITIS

## GARVIN LIGHT HANSON & FEARY

30 West Monroe Street
Suite 1600
Chicago, IL 60603

*The full service transportation law firm*

www.scopelitis.com

Main: (312) 255-7200
Fax: (312) 422-1224

**ANDREW J. BUTCHER**
abutcher@scopelitis.com

December 9, 2021

Paul G. Rogers Federal Building and U.S. Courthouse
Attn: Clerks Office
701 Clematis Street, Room 202
West Palm Beach, FL 33401

   Re: *Just Play, LLC v. FitzMark, Inc.*
      Case No. 9-20-cv-80663-CANNON/REINHART

Your Honor,

I represent Defendant FitzMark, Inc. in the *Just Play, LLC v. FitzMark, Inc.*, 9-20-cv-80663-CANNON/REINHART case. Consistent with the Clerk's Notice from December 6, 2021 [ECF No. 243], enclosed please find *Defendant's Notice of Posting Supersedeas Bond* and the original Supersedeas Bond (Surety) for filing and approval.

             Respectfully,

             /s/

             Andrew J. Butcher

AJB:em
Enclosure(s)
CC: Lori P. Lustrin, (Via E-mail llustrin@bilzin.com)
   Melissa Cade Pallett-Vasquez, (Via Email mpallett@bilzin.com)

4891-3031-6038, v. 3

Indianapolis ▪ Chicago ▪ Washington, D.C. ▪ Los Angeles ▪ Chattanooga ▪ Detroit
Spokane ▪ Dallas/Fort Worth ▪ Milwaukee ▪ Philadelphia/Mt. Ephraim ▪ Tulsa ▪ Salt Lake City ▪ Seattle

SERVICES OUTSIDE CALIFORNIA AND MICHIGAN PROVIDED BY SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PROFESSIONAL CORPORATION
SERVICES IN MICHIGAN PROVIDED BY SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PROFESSIONAL LIMITED LIABILITY COMPANY
SERVICES IN CALIFORNIA PROVIDED BY SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LIMITED LIABILITY PARTNERSHIP



ORIGIN ID:CHIA      (312) 255-7200
ANDY J. BUTCHER
SCOPELITIS, GARVIN, ET AL.
30 WEST MONROE
SUITE 1600
CHICAGO, IL 60603
UNITED STATES US

SHIP DATE: 09DEC21
ACTWGT: 1.00 LB
CAD: 4816736/INET4400

BILL SENDER

TO  CLERK'S OFFICE
    PAUL G. RODGERS
    701 CLEMATIS STREET
    ROOM 202
    WEST PALM BEACH FL 33401
(312) 255-7200         REF: 017569.1
INV:
PO:                    DEPT:



FedEx.
Express

FRI - 10 DEC 11:30A
PRIORITY OVERNIGHT

TRK#  7754 4543 2684
0201

XG PBIA

33401
FL-US    PBI

