## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 9:20-cv-80663-CANNON/REINHART

JUST PLAY, LLC,

    Plaintiff,

vs.

FITZMARK, INC.,

    Defendant.

_____ /



### FITZMARK, INC.'S NOTICE OF FILING

The supersedeas bond (surety) FitzMark, Inc. sent to the Court for filing inadvertently contained an incomplete signature page [*See* ECF No. 245 at 2]. To correct this issue, FitzMark has enclosed the correct (and complete) signature page for the previously filed *Supersedeas Bond (Surety)* [ECF No. 245].

Date: December 15, 2021

Respectfully submitted,

*/s/ Andrew J. Butcher*
_____
Pedro A. Blanco / State Bar No. 767379
pab@pablawpa.com
LAW OFFICES OF PEDRO A. BLANCO, PA
8585 Sunset Drive, Suite 105
Miami, FL 33143
Tel: 305-271-6963
Fax: 305-271-6966

Andrew J. Butcher, *pro hac vice* (ARDC 6325396)
abutcher@scopelitis.com
SCOPELITIS GARVIN LIGHT HANSON & FEARY, PC
30 West Monroe Street, Suite 1600
Chicago, IL 60603
Tel: 312-255-7200
Fax: 312-422-1224

Janis E. Steck, *pro hac vice* (IN 28791-49)
jsteck@scopelitis.com
E. Ashley Paynter, *pro hac vice* (IN 29423-49)
apaynter@scopelitis.com
SCOPELITIS GARVIN LIGHT HANSON & FEARY, PC
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Tel: 317-637-1777
Fax: 317-687-2414

Adam C. Smedstad, *pro hac vice* (WA 53201)
asmedstad@scopelitis.com
SCOPELITIS GARVIN LIGHT HANSON & FEARY, PC
3214 West McGraw Street, Suite 301F
Seattle, WA 98199
Tel: 206-288-6192

*Attorneys for Defendant, FitzMark, Inc.*

4878-1385-8054, v. 1

FitzMark's *Renewed Motion,* FitzMark's appeal of the judgment to the Eleventh Circuit Court of Appeals.

4.     Both FitzMark, Inc. and RLI Insurance Company acknowledge they are jointly and severally bound to satisfy in full the Amount if the judgment is affirmed or the appeal from FitzMark, Inc. is dismissed. In the event that the judgment is reduced, both RLI Insurance Company remain bound to satisfy the reduced judgment. In the event the judgment is reversed on appeal, this obligation shall be void.

Date: December 3, 2021

For FitzMark, Inc.:

By:_____
FITZMARK, INC.

For the SURETY- RLI INSURANCE COMPANY

By:_____
RLI INSURANCE COMPANY
Derek J. Elston, Attorney-In-Fact

4885-4095-0786, v. 3

2